| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **X** | |
| | **X** | |
| **VS.** | **X** | **#09-70020** |
| | **X** | |
| **JULIES OMAR ROBINSON** | **X** | |

U.S. COURT OF APPEALS
**FILED**
OCT 1 4 2009
CHARLES R. FULBRUGE III
CLERK

**MOTION FOR EXTENSION OF TIME**
**TO FILE REQUEST FOR**
**CERTIFICATE OF APPEALABILITY**

Julius Omar Robinson, the habeas petitioner in this cause, asks this Court to grant him an extension of time for the following reasons:

I.

Mr. Robinson was convicted and sentenced to death in the United States District Court for the Northern District of Texas, Fort Worth Division, the Honorable Terry Means presiding. His application for post conviction relief was denied by that Court and the case is currently pending before this Court. The application for the Certificate of Appealability is currently due on October 15, 2009.

Counsel conferred with opposing counsel, Assistant United States Attorney Susan Cowger; she does not oppose this request.

II. Good Cause

Counsel must establish good cause for Level 2 extension. 5th Cir. R.

31.4.3.2. Counsel has already been granted one extension of 30 days and is asking here for an extension of 5 days to October 20, 2009. The COA is largely completed except for the argument addressing whether Mr. Robinson was entitled to an evidentiary hearing. Cocounsel in this cause, Craig Harbaugh is writing that section.

Mr. Harbaugh represents clients held at Guantanamo Bay Cuba by the United States. Those clients include: HAMOUD ABDULLAH HAMOUD HASSAN AL WADY v. BARACK H. OBAMA, et al.; Civil Action No. 08-CV-1237 (RMU); SHAWKI AWAD BALZUHAIR v. BARACK H. OBAMA, et al. APPEAL NUMBER: 09-5156; AHMED YASLAM SAID KUMAN v. BARACK H. OBAMA, et al., Civil Action No. 08-CV-1235 (JDB). [1]

Because of the nature of the allegations against his clients, Mr. Harbaugh had to fly to Washington DC in order to file a pleading on October 5, 2009. Because that pleading involved classified material, it could only be drafted and filed from a secure facility in Arlington, VA. After that, he was required to go to Guantanamo Bay, Cuba to confer with his clients before filing a traverse, an answer to the Government's specific allegations. That traverse required a detailed refutation of the factual allegations and could only be accomplished after conferring with the clients. Because of the nature of the Guantanamo facility,

---

[1] All of these cases are being litigated in the District Court for the District of Columbia.

communication is necessarily difficult. It was simply not possible for the two counsel to adequately address the issues in Mr. Robinson's case under those conditions.

Upon his return to Los Angeles, both counsel thought that the pleading could be finished on time but it is now apparent that is not possible. It can be finished in five days or by October 20, 2009.

WHEREFORE, PREMISES CONSIDERED, Mr. Robinson asks this Court to allow him an additional five days to file his Request for a Certificate of Appealability.

Respectfully submitted,


Michael B. Charlton
411 E. Bonneville, Suite 250
Las Vegas NV 89101
(702) 388 6577
(702) 388 5819 (fax)
mike_charlton@fd.org
Texas State Bar #04144800
COUNSEL FOR JULIUS ROBINSON


Signed by express permission
of Michael Charlton

# CERTIFICATE OF SERVICE

A copy of this motion was served on opposing counsel, AUSA Susan

Cowger by email on October 14, 2009.

*[signature]*

Michael B. Charlton

Signed by express permission

# FIFTH CIRCUIT CLERK'S OFFICE & JUDGES

**600 S. Maestri Place**
**New Orleans, LA 70130-3408**
**Main Number (504) 310-7700**

**Charles R. Fulbruge III, Clerk**
**David E. Young, Chief Deputy Clerk**
**Lyle W. Cayce, Chief Deputy Clerk**

## <u>Attorney Admissions</u>

Majella Sutton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7793

## <u>Counsel to Clerk's Office</u>

**William Zapalac** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **310-7660**

Donna Mendez, Prisoner Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7677

Thomas Rodwig, Prisoner Matters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7678

Monica Washington, Death Penalty Cases . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7705

## <u>Judicial Support Division</u>

**Timothy E. Phares, Office Manager** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **310-7665**

**Northern (10000) and Western (50000) Texas**

MAIN NUMBER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7806

Peggy Keller, Case Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7708

Karen Whittington, Case Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7696

Jodi Descant, Assistant Case Manager . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 310-7718

Mary Frances Noveh, Assistant Case Manager . . . . . . . . . . . . . . . . . . . . . . . . 310-7686