# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 15, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 09-70020   USA v. Julius Robinson
USDC No. 4:05-CV-756
USDC No. 4:00-CR-260-2

The court has granted an extension of time to and including October 20, 2009, for appellant to comply with the certificate of appealability requirements.

CHARLES R. FULBRUGE III, Clerk

By:_____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. Michael B Charlton
Ms. Susan B Cowger

*MOT2*