# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 06, 2010

Mr. Craig Anthony Harbaugh
Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012-4202

Mr. Sean Kevin Kennedy
Federal Public Defender
321 E. 2nd Street
Los Angeles, CA 90012-4202

No. 09-70020, USA v. Julius Robinson
USDC No. 4:05-CV-756
USDC No. 4:00-CR-260-2

Dear Counsel:

You must submit the 20 paper copies of your rehearing en banc required by 5th Cir. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Monica R. Washington*
Monica R. Washington, Deputy Clerk
504-310-7705

cc: Ms. Susan Cowger

*MISC7*