# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 09-70020

UNITED STATES OF AMERICA,

     Plaintiff - Appellee

v.

JULIUS OMAR ROBINSON, also known as Face, also known as Scar, also known as Scarface,

     Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

ON PETITION FOR REHEARING EN BANC

(Opinion 6/8/10, 5 Cir., 2010 U.S. App Lexis , ___ 11675 ___ )

Before HIGGINBOTHAM, SMITH, and WIENER, Circuit Judges.

PER CURIAM:

Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. No member of the panel nor judge in regular active service of the court having requested that the court be polled on Rehearing En Banc (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

( )  Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is DENIED. The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED. R. APP. P. and 5TH CIR. R. 35), the Petition for Rehearing En Banc is DENIED.

ENTERED FOR THE COURT:

_____
United States Circuit Judge


*REHG6A*