# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 24, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 09-70020   USA v. Julius Robinson
        USDC No. 4:05-CV-756
        USDC No. 4:00-CR-260-2

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By:_____
        Mary C. Stewart, Deputy Clerk
        504-310-7694

Mr. Michael B Charlton
Ms. Susan Cowger
Mr. Craig Anthony Harbaugh
Mr. Sean Kevin Kennedy
Ms. Karen S. Mitchell

*MOT-2*