
U.S. COURT OF APPEALS
RECEIVED
NOV 1 2 2010
NEW ORLEANS, LA.

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

November 5, 2010

U.S. COURT OF APPEALS
# FILED
NOV 1 2 2010

FIFTH CIRCUIT
LYLE W. CAYCE, CLERK

Clerk
United States Court of Appeals for the Fifth
Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Julius Omar Robinson, aka Face, aka Scar, aka Scarface
v. United States
Application No. 10A439
(Your No. 09-70020)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Scalia, who on November 5, 2010 extended the time to and including December 22, 2010.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst