# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

December 28, 2010

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Julius Omar Robinson, aka Face, aka Scar, aka Scarface
           v. United States
           No. 10-8146
           (Your No. 09-70020)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on December 22, 2010 and placed on the docket December 28, 2010 as No. 10-8146.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst