# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

October 3, 2011

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re:  Julius Omar Robinson, aka Face, aka Scar, aka Scarface
v. United States
No. 10-8146
(Your No. 09-70020)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk