# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


October 04, 2011


Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102


    No. 09-70020, USA v. Julius Robinson
       USDC No. 4:05-CV-756
       USDC No. 4:00-CR-260-2


Enclosed is a copy of the Supreme Court order denying certiorari.


        Sincerely,

        LYLE W. CAYCE, Clerk

        *Lisa G Landry*
   By:_____
        Lisa G. Landry, Deputy Clerk
        504-310-7649